BEFORE THE THIRD DIVISION, AUGUST 2, 1946

**No. 51261.**—Protests 117839–K, etc., of Hallet and Carey Co. (Duluth).

Opinion by CLINE, J.    It was stipulated that the merchandise is the same in all material respects as that passed upon in *Tower & Sons* v. *United States* (14 Cust. Ct. 94, C. D. 919).    In accordance therewith the claim for free entry was sustained.

BEFORE THE FIRST DIVISION, AUGUST 12, 1946

**No. 51262.**—Protest 103229–K of 20th Century Fox Film Corp. (Los Angeles).

Opinion by OLIVER, P. J.    The comprehensive language of the tariff act makes it clear that Congress intended to levy a duty on motion-picture film at a specific rate per linear foot on the film as imported and not upon the footage of the positive screen film reproduced therefrom.    The three films as imported, even though they were shipped together and intended to be used together, in no way constitute an entirety for tariff purposes.    The protest was therefore overruled.

**No. 51263.**—Protests 979753–G, etc., of Bloomingdale Bros. (New York).

Opinion by OLIVER, P. J.    The Government chemist who made the chemist's report of the sample testified that he found the sample to be composed solely of synthetic phenolic resin, and that the synthetic resin was not a binding agent. In accordance therewith and following Abstract 49907 the claim at 20 percent under paragraph 1558 was sustained.